

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

Nos. 04-14-00136-CR, 04-14-00137-CR, 04-14-00138-CR, & 04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court Nos. 12-CR-611, 12-CR-615-CR, 12-CR-613, & 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The trial court imposed the sentences in Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR on October 30, 2013, and signed the order being appealed in Appeal No. 04-14-00137-CR on October 31, 2013. Appellant did not file a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing the notice of appeal was November 29, 2014, for Appeal Nos. 04-14-00136-CR, 04-14-00138-CR, and 04-14-00139-CR, and December 2, 2014, for Appeal No. 04-14-00137-CR. TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until February 25, 2014, and the record shows it was not mailed until February 18, 2104, and appellant did not file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We therefore **order** appellant to file a written response on or before **April 17, 2014** showing cause why these appeals should not be dismissed for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeals will be dismissed. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

We **order** all deadlines in this matter suspended until further order of the court. We further order the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court